IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK RAMOS-ARTEAGA,<br><br>Defendant. | Case No.: 22-464 EMC<br><br>**ORDER TO ALLOW MR. RAMOS-ARTEAGA TO VISIT WITH FAMILY OUTSIDE OF THE HALFWAY HOUSE ON SEPTEMBER 11, 2023, AND SEPTEMBER 23, 2023, FOR TWELVE HOURS** |

IT IS HEREBY ORDERED that Mr. Ramos-Arteaga is permitted to leave the halfway house for twelve hours to visit family at Juana Pimentel's home on Monday, September 11, 2023, and on Saturday, September 23, 2023. Defendant must leave and return to the halfway house within the twelve-hour period.

IT IS SO ORDERED.

Dated: September 8, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge